# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 2:02-cr-00091-1 |
| V. | USM Number: 04845-088 |
| Louis Nomar | Defendant's Attorney: Edward H. Weis |

## AMENDED JUDGMENT IN A CRIMINAL CASE

**Date of Original Judgment**:
September 8, 2003

**Reason for Amendment**:

| | | | |
|---|---|---|---|
| X | Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2)) | ❏ | Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e)) |
| ❏ | Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b)) | ❏ | Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1)) |
| ❏ | Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a)) | ❏ | Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2)) |
| ❏ | Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36) | ❏ | Direct Motion to District Court Pursuant to 28 U.S.C. § 2255 |
| | | ❏ | Direct Motion to District Court Pursuant to 18 U.S.C. § 3559(c)(7) |
| | | ❏ | Modification of Restitution Order (18 U.S.C. § 3664) |

THE DEFENDANT :

X  pleaded guilty to count(s) One and Two.

❏  pleaded nolo contendere to count(s)_____ which was accepted by the court.

❏  was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Wire Fraud via the Internet | 08/21/01 | 1 |
| 18 U.S.C. § 751(a) | Escape | 05/09/02 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment.

❏  The defendant has been found not guilty on count(s)_____.

❏  Count(s)_____ is(are) dismissed on the motion of the United States.

It is ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States Attorney of material changes in economic circumstances.

Date of Imposition of Judgment: May 15, 2006
Date Signed: May 30, 2006

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **77 months**.

X  The court **RECOMMENDS** the following to the Bureau of Prisons:

The court recommends that the defendant be placed in the Bureau of Prisons Intensive Drug Treatment Program.

X  The defendant is remanded to the custody of the United States Marshal.

❑  The defendant shall surrender to the United States Marshal for this district by 1:00 p.m. on _____.

❑  The defendant shall surrender to the United States Marshal for this district as notified by the United States Marshal.

❑  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by 1:00 p.m. on _____.

❑  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

❑  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

a _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy United States Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

Check if applicable:

X  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

X  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

❏  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

❏  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

❏  The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments page of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptance reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement or act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

While on supervised release, the defendant must not commit another federal, state, or local crime, must not possess a firearm or other dangerous device, and must not unlawfully possess a controlled substance. The defendant must also comply with the standard terms and conditions of supervised release as recommended by the United States Sentencing Commission and as adopted by the United States District Court for the Southern District of West Virginia.

## SPECIAL CONDITIONS OF SUPERVISION

As part of the sentence, the defendant has been ordered to pay restitution. The payment of the restitution shall be a special condition of supervised release. In connection with the payment of the restitution, the court imposes two additional special conditions of supervised release. First, the court prohibits the defendant from incurring new credit charges or opening additional lines of credit without the probation officer's approval unless the defendant is in compliance with the restitution payment schedule. Second, the court requires the defendant to provide the probation officer access to any requested financial information. Further, the defendant shall notify the court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution.

In connection with payment of restitution, the Court imposes two additional special conditions of supervised release. First, the Court prohibits the defendant from incurring new credit charges or opening additional lines of credit without the probation officer's approval unless he is in compliance with the restitution payment schedule. Second, the Court requires the defendant to provide the probation officer access to any requested financial information.

**CRIMINAL MONETARY PENALTIES**

The defendant must pay the total criminal monetary penalties as set out on the Schedule of Payments page.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $ 200.00 | $ | $ 48,120 |

❑ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* will be entered after such determination.

X  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| SEE ATTACHMENT 1 |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS: | $ | $ |  |

❑ Restitution amount ordered pursuant to plea agreement $_____

❑ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Page 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

❑ The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the fine.
❑ The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the restitution.
❑ The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement for the fine is modified as follows:
❑ The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement for the restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 2994, but before April 23, 1996.

**SCHEDULE OF PAYMENTS**

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

X Lump sum payment of $200 due immediately.

❏ Lump sum payment of $_____ due immediately, balance due as set forth below:

❏ Special instructions regarding the payment of criminal monetary penalties:**: The defendant shall pay the $48,120 restitution in monthly installments of $25 each, with the first payment become due 30 days after the defendant's release from custody. The defendant shall make the payments to the Clerk, United States District Court, 300 Virginia Street, East, Charleston, WV 25301, for disbursement to the victims.**

Unless the court expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X Joint and Several
  Defendant and Yolanda Monroe 2:02-cr-00091-02, in the amount of $48,120

❏ The defendant shall pay the cost of prosecution.

❏ The defendant shall pay the following court cost(s):

❏ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.